# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ *Cg* _____ D.C.

05 MAY 12  AM 8: 20

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

ANTOINETTE GRANATA                                   05cr20145-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on _____ 5/4/5 _____ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME_____ LARRY FITZGERALD _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___✓___ The defendant, who is not in custody, may stand on his present bond.
_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
**UNITED STATES MAGISTRATE JUDGE**

CHARGES: conspiracy to distribute controlled substance - 21:846
Attorney assigned to Case:  D. Henry
Age:  N/A

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20145 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT