June 13, 2005 PS 8
(8/88)

FILED BY _____ D.C.

# United States District Court
for
## Western District of Tennessee

05 JUN 16 PM 1:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

### U.S.A. vs. Antoinette Granata

Docket No. 05-20145-01-Ma

#### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, Tennessee, on the 26th day of April, 2005, under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Maintain or actively seek employment, 3) Reside with mother at 3450 Hardin, Memphis, TN 38122, 4) Undergo medical or psychiatric treatment if deemed advisable by Pretrial Services, 5) Refrain from possessing a firearm, destructive device, or other dangerous weapon, 6) Refrain from excessive use of alcohol, 7) Refrain from any unlawful possession or use of a controlled substance, 8) Submit to substance abuse testing as directed by Pretrial Services, and 9) Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(See Attachment)

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant in order that Antoinette Granata may appear and show cause as to why her pretrial release should not be revoked.

Bond Recommended:   NONE

ORDER OF COURT

Considered and ordered this 16 day of June, 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2005

_____
Murray Fullner
Supervisory U.S. Pretrial Services Officer

Place   Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-16-05



PS 8 - Petition for Action on Conditions of Pretrial Release
June 13, 2005
Page 2

**Antoinette Granata has violated the following standard and special conditions of release:**

<u>The defendant shall not commit any offense in violation of federal, state or local law while on release in this case</u>
Defendant Granata was arrested by the Collierville Police Department on June 11, 2005. The arrest report states the following. An officer was dispatched at 1:07 a.m. on June 11th to 331 Mt. Pleasant Road where the victim, Christopher Durling, reported that the defendant had been belligerent and violent toward him and others in the house and was asked to leave. Ms. Granata reportedly began striking Mr. Durling. Defendant Granata's boyfriend is said to have attempted to separate them and the defendant reportedly knocked out the glass window causing injury to her hand. The report states that Angelina Granata was unsteady on her feet and had a strong odor of intoxicant about her person. The victim declined prosecution on the Assault and Vandalism charges and Ms. Granata forfeited $119 on the charge of Public Intoxication. Per the affidavit of complaint, Ms. Granata advised that she had consumed several beers and was said to have been obviously unable to care for her well-being.

Later on June 11, 2005, Antonette Granata was arrested by the Memphis Police Department for Driving While License Suspended, Revoked, or Canceled and Possession of Marijuana. The affidavit indicates that Ms. Granata was driving while her license was revoked and that 1.9 grams of marijuana was found beside the driver's seat. Bond is set at $100 and the matters are presently set in Shelby County General Sessions Court for July 11, 2005.

<u>Reside with mother at 3450 Hardin, Memphis, TN 38122</u>
Per the Collierville arrest report, the victim, Christopher Durling reported that Antonette Granata had been staying at 331 Mt. Pleasant Road in Collierville off and on for three weeks until her arrest on June 11, 2005.

<u>Refrain from excessive use of alcohol</u>
Ms. Granata forfeited $119 in reference to a charge of Public Intoxication which occurred June 11, 2005, in Collierville, Tennessee, and reportedly stated that she had consumed several beers and was considered unable to care for her well-being.

<u>Refrain from any unlawful possession or use of a controlled substance</u> <u>Refrain from any unlawful possession or use of a controlled substance</u>
Defendant Granata was arrested on June 11, 2005, for Possession of Marijuana. This charge is pending disposition.



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20145 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT