June 13, 2005PS 8
(8/88)

FILED BY _____ D.C. 

# United States District Court
for
## Western District of Tennessee

05 NOV -3 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D ____ ___ PHIS

**U.S.A. vs. Antionette Granata**

**Docket No. 05-20145-01-Ma**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, Tennessee, on the 26th day of April, 2005, under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Maintain or actively seek employment, 3) Reside with mother at 3450 Hardin, Memphis, TN 38122, 4) Undergo medical or psychiatric treatment if deemed advisable by Pretrial Services, 5) Refrain from possessing a firearm, destructive device, or other dangerous weapon, 6) Refrain from excessive use of alcohol, 7) Refrain from any unlawful possession or use of a controlled substance, 8) Submit to substance abuse testing as directed by Pretrial Services, and 9) Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

After a bail revocation hearing on June 24, 2005, U.S. Magistrate Judge Tu M. Pham ordered Antionette Granata released on conditions previously imposed with the following additional condition:

"Home Detention: You are restricted to your residence at all times except for employment; education; religious service; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office."

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(See Attachment)

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant in order that Antionette Granata may appear and show cause as to why her pretrial release should not be revoked.

Bond Recommended:   NONE

ORDER OF COURT

Considered and ordered this __3rd__
day of __November__, 2005, and ordered filed
and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2005

_____
Supervisory U.S. Pretrial Services Officer

Place    Memphis, Tennessee

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-4-05__

39

PS 8 - Petition for Action on Conditions of Pretrial Release
Antionette GRANATA, Case No. 05-20145-01-Ma
November 1, 2005
Page 2

**Antoinette Granata has violated the following standard and special conditions of release:**

**The defendant shall not commit any offense in violation of federal, state or local law while on release in this case** and **Refrain from excessive use of alcohol**
As previously reported Antonette Granata was arrested by the Collierville Police Department on June 11, 2005, at which time she was said to have been unsteady on her feet and to have a strong odor of intoxicant about her person. The victim in the matter declined prosecution on assault and vandalism charges and Ms. Granata forfeited $119 on the charge of Public Intoxication.  Per the affidavit of complaint, Ms. Granata advised that she had consumed several beers and was said to have been obviously unable to care for her well-being.

Later on June 11, 2005, Antonette Granata was arrested by the Memphis Police Department for Driving While License Suspended, Revoked, or Canceled and Possession of Marijuana.  These charges, however, were later nolle prosequi on October 10, 2005, in Shelby County General Sessions Court.

**Reside with mother at 3450 Hardin, Memphis, TN 38122**
As also previously reported, according to the Collierville arrest report, Antonette Granata had reportedly been staying at 331 Mt. Pleasant Road in Collierville off and on for three weeks prior to her arrest on June 11, 2005.

**"Home Detention: You are restricted to your residence at all times except for employment; education; religious service; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office."**
Per home telephone contact at approximately 8:05 a.m. on Sunday, July 3, 2005, with John Granata, the defendant's father, Antonette Granata did not sleep at her required residence the night of July 2, 2005.

As revealed by a ticket for Disregarding Stop Sign from the Collierville Police Department, Antonette Granata was absent from her home at 10:06 p.m. on Sunday, September 5, 2005.  Ms. Granata did not have permission from Pretrial Services to be absent her residence at that time.

During a home contact on September 23, 2005, the defendant's mother, Maxine Granata, reported that the defendant had not been home since late September 21, 2005.  Defendant Granata's father also confirmed, at that time, that the defendant had not been staying in their home.

According to a report from the Horn Lake Police Department, the defendant was in Horn Lake, Mississippi, on October 27, 2005, at approximately 12:27 a.m.  The report indicates that Ms. Granata was an occupant of a vehicle at the scene of the arrest of two males on felony methamphetamine charges.  A third male was charged with being a felon in possession of a firearm.  Antonette Granata reportedly stated that she fell asleep in the car of Louis Hall and that she woke up in Mississippi.  Mr. Hall was charged with Felony Possession of a Controlled Substance and with Possession of Drug Paraphernalia.  The defendant was not charged in the matter.

It should be noted that, subsequent to her September 5th ticket in Collierville and to being questioned in Horn Lake, Antonette Granata completed monthly written reports in which she stated that she had not been questioned by any law enforcement officers.

mf
11/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20145 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT