IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 NOV 16 PM 4:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20145-Ma

ANTOINETTE GRANATA,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

    This matter was set for a change of plea hearing on November 18, 2005. It appears that it is necessary to reschedule the hearing to allow for additional preparation.

    For good cause, the court resets the change of plea hearing to Wednesday, November 23, 2005, at 11:30 a.m.

    The period from November 18, 2005, through November 23, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time outweigh the need for a speedy trial.

    IT IS SO ORDERED this 16th day of November, 2005.

                                   SAMUEL H. MAYS, JR.
                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20145 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT