IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 29 AM 10: 06

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

---

UNITED STATES OF AMERICA,

VS.                                     NO. 05-20145-Ma

ANTOINETTE GRANATA,

    Defendant.

---

ORDER RESETTING CHANGE OF PLEA DATE

---

Before the court is the defendant's December 28, 2005, motion for continuance of the change of plea/report date, which is presently set for December 29, 2005 at 9:00 a.m. For good cause shown, the motion is granted. The change of plea of defendant Antoinette Granata is **reset** to **Friday, January 6, 2006, at 10:15 a.m.**

It is so ORDERED this 28th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20145 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT